

FILED
JOHN P. HEHMAN
CLERK

2014 MAR 19 PM 3: 32

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. **1:14CR 032** |
| | : | |
| v. | : | **I N D I C T M E N T**  J. BLACK |
| | : | |
| **JULIE SKAGGS** | : | 29 U.S.C. § 501(c) |

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

Beginning in or about January 2010, and continuing up to and including June 2011, in the Southern District of Ohio, the defendant, JULIE SKAGGS, while a person employed, directly and indirectly, by International Association of Bridge, Structural, Ornamental, and Reinforced Iron Workers Local Union 372, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to the defendant's own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $51,491.41.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

_____
ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF